UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                                        No. 13-CR-271-LTS

RASHIN LINDSEY,                                         ORDER

        Defendant.

-------------------------------------------------------x

        The Court has received Defendant Rashin Lindsey's pro se letter dated November 16, 2020, reporting that the Court and the Government have the wrong address on file for him, and requesting that the Court mail him a copy of the Government's October 30, 2020, opposition (Docket Entry No. 1004) to his pending motion for compassionate release. (Docket Entry No. 995.)[1] Mr. Lindsey also seeks an extension of time to file a reply in support of his motion, in light of his not having received the Government's opposition, and of ongoing restrictions to his access to his facility's law library, as a result of the COVID-19 pandemic.

        According to online records of the Bureau of Prisons ("BOP") and Defendant's November 16, 2020, letter, he is currently in custody at the United States Penitentiary ("USP") Canaan, in Pennsylvania. Mr. Lindsey lists his return address as "Rashin Linsey, #68444-054 Unit F-1, USP Canaan, P.O. Box 300, Waymart, PA 18472." The BOP directs mail intended for inmates of USP Canaan to be mailed to (1) USP Canaan, U.S. Penitentiary, Smart Communications, P.O. Box 30, Pinellas Park, FL 33781 (for inmates at the USP), or (2) USP Canaan, U.S. Penitentiary, Satellite Camp, P.O. Box 200, Waymart, PA 18472 (for inmates at the USP's Satellite Camp). BOP, USP Canaan, https://www.bop.gov/locations/institutions/caa/

---

[1] The Government's opposition indicated it was mailed to Defendant, but did not list his address.

(last visited December 2, 2020).  The Court mailed a copy of its October 16, 2020, scheduling order to the Satellite Camp address.  Mr. Lindsey reports that he is not at the Satellite Camp, though he acknowledges receipt of the Court's October 16, 2020, scheduling order.

The Government is directed to immediately mail copies of its opposition papers (Docket Entry No. 1004) to Mr. Lindsey at the return address provided in his letter **and** at the two addresses listed on the BOP's website, and to file proof of such service.  Mr. Lindsey's deadline to file a reply in support of his motion for compassionate release is extended to **January 4, 2021**.

Chambers will mail a copy of this order to Mr. Lindsey.

SO ORDERED.

Dated: New York, New York
December 2, 2020

_/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge

**Copies mailed to:**

| Rashin Lindsey | Rashin Lindsey | Rashin Lindsey |
|---|---|---|
| Reg. No. 68444-054 | Reg. No. 68444-054 | Reg. No. 68444-054 |
| Unit F-1 | USP Canaan | USP Canaan |
| USP Canaan | U.S. Penitentiary | U.S. Penitentiary |
| P.O. Box 300 | Satellite Camp | Smart Communications |
| Waymart, PA 18472 | P.O. Box 200 | P.O. Box 30 |
| | Waymart, PA 18472 | Pinellas Park, FL 33781 |