UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                                                          No.  13-CR-271-LTS

RASHIN LINDSEY,

        Defendant.

-------------------------------------------------------x

## Order

The Court has received Defendant Rashin Lindsey's pro se letter mailed on September 29, 2021 (docket entry no. 1155), requesting that the Court again consider reducing his custodial sentence.[1] Mr. Lindsey writes that upon his release he intends to be with his family, to surround himself with people who are "positive and striving to become something in life," to serve as a model to others, and to become the young man he committed to becoming on the date of his sentencing hearing. Mr. Lindsey also reports that he is making good use of his time in custody, for example by holding exercise classes for fellow inmates at his facility.

The Court appreciates Mr. Lindsey's continued positive conduct in custody, as well as his goals for when he is released and the value he places on his family. However, the Court considered Mr. Lindsey's stated intentions and demonstrated good works in its prior

---

[1] On January 4, 2021, the Court denied Mr. Lindsey's prior motion for a reduction in sentence pursuant to 18 U.S.C. section 3582(c)(1)(A), after concluding that "the circumstances at the facility in which Mr. Lindsey is currently in custody, and his family circumstances," did not, without more, constitute "extraordinary and compelling" circumstances warranting a reduction in his sentence. (Docket entry no. 1046.) On May 28, 2021, the Court denied Mr. Lindsey's motion for reconsideration of that decision. (Docket entry no. 1131.) Mr. Lindsey's estimated release date from custody, according to the Bureau of Prisons' website, is currently May 6, 2025. BOP, Find an inmate, https://www.bop.gov/mobile/find_inmate/ (last visited October 8, 2021).

decisions denying Mr. Lindsey's motions for a reduction in sentence. For the same reasons set forth in those decisions, the Court concludes that Mr. Lindsey has not shown compelling and extraordinary circumstances warranting a reduction in his sentence under 18 U.S.C. section 3582(c)(1)(A).

Chambers will mail a copy of this Order to Mr. Lindsey.

SO ORDERED.

Dated: New York, New York
October 8, 2021

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge

**Copies mailed to:**

Rashin Lindsey
Reg. No. 68444-054
USP Canaan
P.O. Box 300
Waymart, PA 18472